ACCEPTED
01-15-00482-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/15/2015 4:51:05 PM
CHRISTOPHER PRINE
CLERK

| | |
|---|---|
| Appellate Docket Number: | 01-15-00482-CR |
| Appellate Case Style: Style: | Samuel Quintanilla |
| Vs. | State of Texas |
| Companion Case: | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/15/2015 4:51:05 PM

CHRISTOPHER A. PRINE
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 1st Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

## I. Appellant

First Name: Samuel

Middle Name:

Last Name: Quintanilla

Suffix:

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

## II. Appellant Attorney(s)

☒ Lead Attorney

First Name: Kyle

Middle Name: Reeves

Last Name: Sampson

Suffix:

☒ Appointed     ☐ District/County Attorney

☐ Retained      ☐ Public Defender

Firm Name: The Law Offices of Kyle Sampson

Address 1: 917 Franklin

Address 2: Suite 310

City: Houston

State: Texas     Zip+4: 77002

Telephone: 713-337-1420     ext.

Fax: 713-526-1798

Email: Kyle@kylesampsonlaw.com

SBN: 00795634

Add Another Appellant/ Attorney

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: Alan

Middle Name:

Last Name: Curry

Suffix:

☐ Appointed ☒ District/County Attorney

☐ Retained ☐ Public Defender

Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin

Address 2: Suite 600

City: Houston

State: Texas        Zip+4: 77002

Telephone: 713-755-5826        ext.

Fax:

Email: Curry_Alan@dao.hctx.net

SBN: 05263700

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Burglary

Type of Judgment: Jury Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: May 8, 2015

Offense charged: Attempted Burglary of a Habitation

Date of offense: January 9, 2014

Defendant's plea: Not Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☐ No

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: May 8, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 12 years imprisonment

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☒ No  If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No  If yes, date filed:

Other: ☐ Yes ☒ No        If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA  If yes, date filed: May 11, 2015

Date of hearing: May 11, 2015  ☐ NA

Date of order: May 11, 2015  ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA  If granted or denied, date of ruling: May 11, 2015

## VIII. Trial Court And Record

Court: 177th Criminal District Court

County: Harris

Trial Court Docket Number (Cause no): 1413930

Trial Court Judge (who tried or disposed of the case):

First Name: Ryan

Middle Name:

Last Name: Patrick

Suffix:

Address 1: 1201 Franklin

Address 2: 19th Floor

City: Houston

State: Texas          Zip + 4: 77002

Telephone: 713-755-6332          ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk:  ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes ☐ No

If yes, date requested: May 22, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes   ☐ No   ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes ☐ No

Was reporter's record requested?    ☒ Yes ☐ No

Was the reporter's record electronically recorded?   ☒ Yes ☐ No

If yes, date requested: May 22, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☐ Official               ☐ Substitute

First Name: Linda

Middle Name:

Last Name: Hacker

Suffix:

Address 1: 1201 Franklin

Address 2: 19th Floor

City: Houston

State: Texas          Zip + 4: 77002

Telephone: 713-755-6332          ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▓▓▓▓▓▓▓▓▓▓▓▓      Court: ▓▓▓▓▓▓▓▓▓▓▓▓

Style: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Vs.     State of Texas ▓▓▓▓

## X. Signature

*Kyle R. Sampson* (signature)

Signature of counsel (or Pro Se Party)      Date: July 15, 2015

Printed Name: Kyle R. Sampson      State Bar No: 00795634

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓      Name: ▓▓▓▓▓▓▓▓▓▓▓▓
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ~~May~~ July 15, 2015 .

*(signature)*

Signature of counsel (or pro se party)      Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓
(Optional)

     State Bar No.: 00795634 ▓▓▓▓

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

         (1) the date and manner of service;

         (2) the name and address of each person served, and

         (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ~~May~~ July 15, 2015

Manner Served: eServe

First Name: Alan

Middle Name:

Last Name: Curry

Suffix:

Law Firm Name: Harris County District Attorney's Office

Address 1: 1201 Franklin

Address 2: Suite 600

City: Houston

State Texas          Zip+4: 77002

Telephone: 713-755-5826          ext.

Fax:

Email: Curry_Alan@dao.hctx.net